[No. 41250-1-II.   Division Two.   November 22, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD WAYNE BLAIR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-05175-7, Frederick W. Fleming, J., entered September 17, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 41643-3-II.   Division Two.   November 22, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. M.W., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-8-00409-1, Anne Hirsch, J., entered December 23, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Worswick, J.

[No. 28987-7-III.   Division Three.   November 22, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVIER R. LOBOS, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 09-8-50193-3, Vic L. VanderSchoor, J., entered April 5, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Siddoway, JJ.

[Nos. 30052-8-III; 30053-6-III;   Division Three.   November 22, 2011.]
30063-3-III; 30116-8-III;
30296-2-III.

*In the Matter of the Personal Restraint of* CHRISTOPHER BRADY HOWARD, *Petitioner*.

Petitions for relief from personal restraint. *Granted in part* by unpublished per curiam opinion.